**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6861**

———————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

LEVERNE SILVER,

             Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:04-cr-00062-BR-1)

———————

Submitted:  September 13, 2011      Decided:  September 16, 2011

———————

Before AGEE, DAVIS, and DIAZ , Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Leverne Silver, Appellant Pro Se.  Kristine L. Fritz, Eric David Goulian, OFFICE OF THE UNITED STATES ATTORNEY, Jennifer P. May-Parker, Stephen Aubrey West, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leverne Silver appeals the district court's order denying his motion for appointment of counsel to assist with securing the government's filing of a motion for reduction of sentence, pursuant to Fed. R Crim. P. 35. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Silver, No. 5:04-cr-00062-BR-1 (E.D.N.C. June 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED